# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DIANE N. SWAN** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | |
| ] | **CV-07-BE-01946-M** |
| **HOLLOWAY CREDIT BUREAU** ] | |
| **COMPANIES, L.L.C.,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER TRANSFERRING CASE

This matter is before the court on "Joint Stipulation of Dismissal" (doc. 14), this court's "Order to Show Cause" why this case should not be transferred (doc. 10), and "Plaintiff's Response to the Show Cause Order" (doc. 11). These documents and the recently filed "First Amended Complaint" (doc. 13) contain factual averments notifying the court that the venue in this court is improper pursuant to 28 U.S.C. § 1391(b).

Section 1391(b) provides as follows:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Plaintiff has advised the court that the original complaint listed as the Defendant the incorrect "Holloway" collection agency, Holloway Credit Solutions, L.L.C., and the Amended Complaint

lists as Defendant the following correct "Holloway" collection agency:  Holloway Credit Bureau Companies, L.L.C., with a principal place of business at 807 Franklin Street, Huntsville, Alabama 35801.  Further, the parties have filed a joint stipulation dismissing without prejudice the claims against Holloway Credit Solutions, L.L.C.  Accordingly, the only Defendant remaining in this case is located in Huntsville, Alabama.

The court finds that although Plaintiff properly filed this action in the Northern District of Alabama, venue in the Middle Division of that district is improper pursuant to 28 U.S.C. § 1391(b).  Therefore, the court DIRECTS the clerk to TRANSFER this case to the United States District Court for the Northern District of Alabama, **Northeastern Division.**

DONE and ORDERED this 15th day of May, 2008.

 _____
 **KARON OWEN BOWDRE**
 **UNITED STATES DISTRICT JUDGE**