FILED
2008 Oct-02 AM 08:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DIANE N. SWAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | 4:07-CV-01946-KOB |
| v. ) | |
| ) | |
| HOLLOWAY CREDIT BUREAU ) | |
| COMPANIES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

Plaintiff, Diane N. Swan, and Defendant, Holloway Credit Bureau Companies, LLC, stipulate and agree that the claims of plaintiff against defendant, Holloway Credit Bureau Companies, LLC, shall be dismissed with prejudice, costs taxed to the parties incurring same.

/s/ Keith Anderson Nelms
Keith Anderson Nelms
(ASB-6972-E63K)
ANDERSON NELMS & ASSOCIATES, LLC
Attorneys for Plaintiff
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
(334) 351-1770

/s/ S. Dagnal Rowe
S. Dagnal Rowe, Esq.
(ASB-4298-E66S)
WILMER & LEE, P.A.
Attorneys for Defendant
100 Washington Street, Suite 200
Huntsville, Alabama 35801
(256) 533-0202

## ORDER

The foregoing Stipulation for Dismissal having been presented to and considered by the court, all of the plaintiff's claims against Holloway Credit Bureau Companies, LLC, be and hereby are dismissed with prejudice, costs taxed to party incurring same.

Done this _____ day of October, 2008.

_____
DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and accurate copy of the foregoing via either United States Postal mail, properly addressed and postage pre-paid, or through this court's CM/ECF Electronic Filing system, on this 1st day of October, 2008, on the following:

S. Dagnal Rowe, Esq.
Wilmer & Lee, P.A.
P. O. Box 2168
Huntsville, AL. 35804
Attorneys for Holloway Credit Bureau Companies, LLC

                                        /s/ Keith Anderson Nelms